# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

In Re: HAROLD L. TURNER  
909 PARIS AVENUE  
ROCKFORD, IL  61107

Trustee's Final Report  
& SUSAN M. TURNER-DISM AS TO SUSAN ONLY  
SSN-xxx-xx-6186 & xxx-xx-6227

Case Number: 05-73274

Case filed on: 6/29/2005  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,940.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BARRICK SWITZER LONG ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | LASALLE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | JOSEPH D. OLSEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 2,473.18 | 2,473.18 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 32,516.30 | 32,516.30 | 0.00 | 0.00 |
|  | Total Priority | 34,989.48 | 34,989.48 | 0.00 | 0.00 |
| 042 | HAROLD L. TURNER | 0.00 | 0.00 | 3,940.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,940.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 8,840.00 | 8,840.00 | 0.00 | 0.00 |
| 003 | OPTION ONE MORTGAGE CORPORATION | 24,560.80 | 24,560.80 | 0.00 | 0.00 |
| 034 | ROBERT OPPERMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | U.S. BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 33,400.80 | 33,400.80 | 0.00 | 0.00 |
| 002 | BANK ONE, N.A. | 51,421.89 | 51,421.89 | 0.00 | 0.00 |
| 005 | ILLINOIS DEPARTMENT OF REVENUE | 654.00 | 654.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 19,773.12 | 19,773.12 | 0.00 | 0.00 |
| 007 | ACADEMY COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMCORE BANK NA | 276.93 | 276.93 | 0.00 | 0.00 |
| 009 | AMCORE BANK NA | 2,937.31 | 2,937.31 | 0.00 | 0.00 |
| 010 | BEHAVIORAL MED & NEUROPSYCHOLOGIACL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHICAGO ATHLETIC ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 7,225.45 | 7,225.45 | 0.00 | 0.00 |
| 013 | DARLENE D. SODERBERG | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | DEPARTMENT OF VETERANS AFFAIRS | 1,110.70 | 1,110.70 | 0.00 | 0.00 |
| 015 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RESURGENT CAPITAL SERVICES | 15,492.83 | 15,492.83 | 0.00 | 0.00 |
| 017 | IHC SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | JC HIRSTENSEN & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MANAGEMENT SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NATIONAL ACTION FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NATIONWIDE CREDIT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | OLIVER, CLOSE, ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PHILLIP & COHEN ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RICHARD HALDEMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD HEALTH PHYSICIANS | 281.00 | 281.00 | 0.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE AGENCY INC | 2,581.72 | 2,581.72 | 0.00 | 0.00 |
| 029 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD REHAB MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | UW HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | VAN MATRE HEALTH SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MARSHALL FIELD | 431.40 | 431.40 | 0.00 | 0.00 |
| 038 | MARSHALL FIELD | 2,171.95 | 2,171.95 | 0.00 | 0.00 |
| 039 | ECAST SETTLEMENT CORPORATION | 1,847.42 | 1,847.42 | 0.00 | 0.00 |
| 040 | HAROLD L TURNER & ASSOCIATES PC | 405,201.44 | 405,201.44 | 0.00 | 0.00 |
| 041 | DARLENE D SODERBERG | 202,600.72 | 202,600.72 | 0.00 | 0.00 |
|  | Total Unsecured | 714,007.88 | 714,007.88 | 0.00 | 0.00 |
|  | Grand Total: | 782,398.16 | 782,398.16 | 3,940.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $3,940.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/25/2006                    By  /s/Heather M. Fagan